# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | | |
|---|---|---|
| DAVID GARAY, | ) | Case No: 1:11-cv-04412 |
| Plaintiffs, | ) | |
| vs. | ) | |
| BRIAN R. GAMACHE, LOUIS J. NICASTRO, EDWARD W. RABIN, JR., ROBERT J. BAHASH, PATRICIA M. NAZEMETZ, NEIL D. NICASTRO, IRA S. SHEINFELD, BOBBY L. SILLER, WILLIAM J. VARESCHI, JR., KEITH R. WYCHE, and HAROLD H. BACH, JR., | ) | |
| Defendants, | ) | |
| -and- | ) | |
| WMS INDUSTRIES INC., | ) | |
| Nominal Defendant. | ) | |

[Captioned continued on following page]

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL 152 PENSION FUND and UA LOCAL 152 RETIREMENT ANNUITY FUND, Derivatively on Behalf of WMS INDUSTRIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN R. GAMACHE, KENNETH LOCHIATTO, LARRY J. PACEY, ORRIN J. EDIDIN, SCOTT D. SCHWEINFURTH, WILLIAM H. PFUND, NEIL D. NICASTRO, LOUIS J. NICASTRO, BOBBY L. SILLER, EDWARD W. RABIN, JR., ROBERT J. BAHASH, WILLIAM J. VARESCHI, JR., IRA S. SHEINFELD, PATRICIA M. NAZEMETZ, KEITH R. WYCHE, and HAROLD H. BACH, JR., <br><br> Defendants, <br><br> -and- <br><br> WMS INDUSTRIES INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No: 1:11-cv-04953 |

## JOINT STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION

Pursuant to rules 23.1 and 41(a) of the Federal Rules of Civil Procedure, plaintiffs David Garay, Plumbers and Pipefitters Local 152 Pension Fund, and UA Local 152 Retirement Annuity Fund ("Plaintiffs") and defendants Brian R. Gamache, Kenneth Lochiatto, Larry J. Pacey, Orrin J. Edidin, Scott D. Schweinfurth, William H. Pfund, Neil D. Nicastro, Louis J. Nicastro, Bobby L. Siller, Edward W. Rabin, Jr., Robert J. Bahash, William J. Vareschi, Jr., Ira S. Sheinfeld, Patricia M. Nazemetz, Keith R. Wyche, Harold H. Bach, Jr., and nominal defendant WMS Industries, Inc. ("WMS") (collectively, the "Defendants"), by and through their respective counsel, respectfully request the Court enter an Order granting Plaintiffs' request to voluntarily dismiss the above-captioned actions without prejudice. The parties state as follows:

WHEREAS, on June 29, 2011, plaintiff David Garay filed his Shareholder Derivative Complaint before this Court ("*Garay*");

WHEREAS, on July 18, 2011, the Court entered an Order staying the *Garay* action pending the related securities action captioned *Conlee v. WMS Industries, Inc.*, Case No. 11-cv-3503;

WHEREAS, on July 22, 2011, plaintiffs Plumbers and Pipefitters Local 152 Pension Fund, and UA Local 152 Retirement Annuity Fund filed their Verified Shareholder Derivative Complaint for Breach of Fiduciary Duty, Waste of Corporate Assets, and Unjust Enrichment before this Court ("*Plumbers*");

WHEREAS, on August 22, 2011, Defendants filed the Motion to (I) Reassign *Plumbers & Pipefitters Local 152 Pension Fund, et al. v. Gamache, et al.*, No. 11-CV-04953, Pursuant to Local Rule 40.4 and (II) Stay the Case Pending Disposition of Motions to Dismiss in Related Securities Class Action ("Motion to Reassign & Stay") in the *Garay* action;

WHEREAS, on November 11, 2011, the Court entered an order relating the *Plumbers*

action with the *Garay* action and reassigning to the Honorable Judge James B. Zagel;

WHEREAS, these actions have remained stayed since August 2011;

WHEREAS, Plaintiffs seek to voluntarily dismiss the *Garay* and *Plumbers* actions without prejudice and each party will bear their own fees and costs; and

WHEREAS, the parties respectfully submit that notice is unnecessary to protect the interests of WMS and its shareholders for the following reasons: (i) Plaintiffs seek dismissal without prejudice; (ii) there has been no settlement or compromise or attempt to seek such; (iii) there has been no collusion among the parties; and (iv) neither Plaintiffs nor their counsel has received nor will receive any consideration from the Defendants for the dismissal.

NOW THEREFORE, the parties STIPULATE and AGREE, and request that the Court enter an order approving the voluntary dismissal of these actions pursuant to rules 23.1(c) and 41(a) of the Federal Rules of Procedure, as follows:

1. The above-captioned *Garay* and *Plumbers* actions are dismissed without prejudice.

2. For the reasons stated above, notice of said dismissal is not required.

3. Each party shall bear their own fees and costs.

**SO ORDERED.**

DATED: _____ _____
HONORABLE JAMES B. ZAGEL
U.S. DISTRICT COURT JUDGE

**IT IS SO STIPULATED:**

EDWARD T. JOYCE & ASSOCIATES, P.C          LATHAM & WATKINS LLP
ROWENA PARMA                                ZACHARY T. FARDON
                                            MICHAEL JAMES FARIS
                                            SEAN M. BERKOWITZ

_____      _____
ROWENA PARMA                                ZACHARY T. FARDON

135 South LaSalle Street
Suite 2200
Chicago, IL 60603
Telephone: (312) 641-2600
Facsimile: (312) 641-0360
rparma@joycelaw.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
GEORGE C. AGUILAR
ASHLEY R. PALMER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinarroyo.com
gaguilar@robbinsarroyo.com
apalmer@robbinsarroyo.com

*Counsel for plaintiffs Plumbers and Pipefitters Local 152 Pension Fund, and UA Local 152 Retirement Annuity Fund*

POMERANTZ HAUDEK GROSSMAN & GROSS LLP
PATRICK V. DAHLSTROM
LEIGH HANDELMAN SMOLLAR
JOSHUA B. SILVERMAN

_____
*Patrick V. Dahlstrom w/permission*
PATRICK V. DAHLSTROM

10 South LaSalle Street, Suite 3305
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
lsmollar@pomlaw.com
jbsilverman@pomlaw.com

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
The Preston Commons
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 239-8900
Facsimile: (214) 239-8901
wbriscoe@thebriscoelawfirm.com

POWERS TAYLOR LLP
PATRICK W. POWERS

233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
zach.fardon@lw.com
michael.faris@lw.com
sean.berkowitz@lw.com

*Counsel for defendants Brian R. Gamache, Kenneth Lochiatto, Larry J. Pacey, Orrin J. Edidin, Scott D. Schweinfurth, William H. Pfund, Neil D. Nicastro, Louis J. Nicastro, Bobby L. Siller, Edward W. Rabin, Jr., Robert J. Bahash, William J. Vareschi, Jr., Ira S. Sheinfeld, Patricia M. Nazemetz, Keith R. Wyche, Harold H. Bach, Jr., and nominal defendant WMS Industries Inc.*

PEYTON J. HEALEY
8150 North Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: (214) 239-8900
Facsimile: (214) 239-8901
patrick@powerstaylor.com
peyton@powerstaylor.com

*Counsel for plaintiff David Garay*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Rowena Parma
ROWENA PARMA

EDWARD T. JOYCE & ASSOCIATES, P.C
135 South LaSalle Street
Suite 2200
Chicago, IL 60603
Telephone: (312) 641-2600
Facsimile: (312) 641-0360
rparma@joycelaw.com

836345